IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL ANTHONY NIEMAN,

    Plaintiff,

v.

JEANIE CHRISTENSEN, et al.

    Defendants.

ORDER

18-cv-441-wmc
App. No. 24-03042

Plaintiff Michael Anthony Nieman has filed a notice of appeal and a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Michael Anthony Nieman may have until December 16, 2024 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 25th day of November, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the fee for filing an appeal is $605.